LAW OFFICES
WADE & LOWE
A PROFESSIONAL CORPORATION
15615 ALTON PARKWAY- SUITE 270
IRVINE, CALIFORNIA 92618
TELEPHONE: (949) 753-1000
FACSIMILE: (949) 753-1039

GEOFFREY T. HILL (STATE BAR NO. 247138)

LAW FIRM
REID & WISE, LLC
One Penn Plaza, Suite 2015
New York, NY 10119
Telephone: (212) 858-9968
Facsimile: (526) 821-8978

Shiyong Ye. (State Bar No. 4824090)
Email: sye@reidwise.com

Attorneys for Plaintiffs, Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIU HONGWEI, LI XIA, LIU SHUANG, XIE YOUSHANG, WANG YING, YU ZHIHAI, WANG WEI, AND YAN QIUJIN, Plaintiffs,<br><br>v.<br><br>VELOCITY V LIMITED PARTNERSHIP, VELOCITY REGIONAL CENTER LLC, JELLICK ROWLAND LLC, YIN NAN WANG, A.K.A, MICHAEL WANG, NING-LEE KO, RUHEN CHEN AND CHRISTINE GUAN<br><br>Defendants. | CASE NO.: **2:15-cv-05061-ODW-E**<br><br>**STATUS REPORT PURSUANT TO COURT ORDER DATED MARCH 29, 2017, WITH PROPOSED REVISED SCHEDULING ORDER** |



WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

**STATUS REPORT**

**I INTRODUCTION**

This matter arises out of a fraudulent investment scheme involving the renovation of a commercial property in Pomona, California. Plaintiffs are eight investors from China who invested $500,000 each in Velocity V Limited Partnership in connection with the US Government's EB-5 visa program. Under this program, the investors would have been eligible for a green card provided their investment funds led to the creation of at least ten jobs in the United States. As a result of a fraudulent scheme masterminded by Defendant Michael Wang, the project has collapsed, the investors' funds have gone missing, and the Plaintiffs, in addition to losing half a million dollars apiece, have had their dreams of moving to the United States deferred if not altogether dashed.

**II PROCEDURAL OBSTACLES**

Since the commencement of this litigation, Plaintiffs have faced substantial obstacles to pursue their claims. Two Defendants, Michael Wang and Ning-Lee Ko, reportedly have fled the country and were able to evade service. We were able to obtain an order from the Court permitting service on Michael Wang by alternative means under Rule 4(f)(3), though he has defaulted (ECF Nos. 25, ___). Defendant Ruhen Chen has not been located despite diligent efforts. Defendant Christine Guan was served and filed an Answer, but on May 6, 2016, she filed for Bankruptcy (See Cen. Dist. Of CA Bakr Case No. 2:16-bk-15866-ER; ECF No.

WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

49). This of course stayed this matter as against Guan under 11 U.S.C. § 352. Defendant Velocity Regional Center LLC, the regional center that sponsored the project at issue, has also filed for bankruptcy. Defendants Velocity V Limited Partnership, the investment vehicle, and Jellick Rowland LLC, the job-creating entity which received the investors' funds via a loan from Velocity V, are both defunct. With Guan's discharge, she will be dismissed from the case, leaving no defendants in this case.

As a result, Plaintiffs have had to investigate this matter without the benefit of basic discovery tools. This has slowed things down. Plaintiffs have subpoenaed documents from various vendors of Defendants in the hope it will shed light on how the scheme worked. Two of those vendors, Airwave Development Group and Feng Construction Corp., have produced documents providing potentially relevant information that we are pursuing.

Plaintiffs have subpoenaed Defendants' banking records from HSBC Bank and California Bank and Trust. California Bank and Trust records were helpful in that they contained both copies of checks and bank statements. These records and other documents led us to identify Vincent Messina Esq. as a source of important information based on his role in the Velocity project at issue and his receipt of payments made to him by the entity Defendants.

Faced with these difficulties and the inability to obtain relevant testimony and documents, Plaintiffs previously sought and obtained extensions of time to

amend their complaint, which counsel understood would extend the other post-discovery dates in the Scheduling Order. The current deadline to amend pleadings or add parties is April 17, 2017.

We are pleased to report that over the past few weeks, Plaintiffs have had a breakthrough in terms of obtaining relevant information and identifying relevant persons with knowledge.

On March 25, 2017, based on agreement of counsel, Plaintiffs' counsel deposed Christine Guan was deposed for almost seven hours. Ms. Guan acknowledged that various representations made to the investors in the marketing and offering materials -- including the critical representation that Velocity V Limited Partnership would have a first-priority lien on property owned by Jellick Rowland in order to secure Plaintiffs' investments -- were false and were known to be false. Ms. Guan also testified concerning potentially fabricated documents. Ms. Guan identified many of the persons involved in the marketing and operation of the project, as well as persons and entities to which the investors' funds may have been transferred. Ms. Guan identified, among other persons, the employees, construction companies, accountants and attorneys involved in the underlying events.

On March 26, 2017, Plaintiffs' counsel deposed Vincent Messina. Mr. Messina was Senior Counsel to Velocity Regional Center LLC and provided substantial information concerning the project and the difficulties encountered in the course of the project. He too identified many of the persons involved in the



WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

underlying events.

Significantly, both Ms. Guan and Mr. Messina testified that John Liddell, former Chief Operating Officer of Velocity Regional Center, is the custodian of relevant records relating to Velocity V and Jellick Rowland. We contacted Mr. Liddell this week, and he has agreed to meet with us next week to provide information and documents relating to Velocity V and Jellick Rowland.

In addition, based on the testimony of Ms. Guan and Mr. Messina, and the documents produced by other third parties, we have identified the following additional individuals and entities with relevant knowledge, for whom we have issued or are in the process of issuing subpoenas seeking documents and testimony:

SCG (America) Co. Ltd. (construction company)

Sam Yuan of Feng Construction Corp.

Robert Liu of Airwave Development Group LLC

Chuck Lau (Velocity development manager)

Freeman & Associates (appraisal company)

Tim Chang, Esq. (Velocity counsel)

Linda Lau, Esq. (Velocity counsel)

Anthony Chan, Esq. (Velocity counsel)

Edward Lee, CPA (Velocity accountant)

Hew Kwan, CPA (Velocity accountant)

California Bank & Trust (bank with Jellick Rowland accounts)

Based on the foregoing, Plaintiffs respectfully request that they be afforded a sufficient period of time to pursue the discovery suggested by the testimony of Ms. Guan and Mr. Messina, and that we believe will result from Mr. Liddell, and to obtain the documents and testimony sought by the above-mentioned subpoenas.

It bears emphasis that **no defendant will be prejudiced by the requested extension**. There is no current defendant actively litigating the case. Ms. Guan is the only defendant that has appeared in the case and she has received a discharge in bankruptcy.

We now have very strong~~conclusive~~ proof that material misrepresentations were made to the Plaintiffs and that such misrepresentations were never corrected. Plaintiffs were harmed as a result. We are now endeavoring to be as thorough and meticulous in possible to marshal the evidence and to identify the persons and entities that share responsibility for the harm suffered by Plaintiffs.

//

//

//

//

//

//

//

//



WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

For these reasons, Plaintiffs respectfully request a 3-month extension of the deadline to amend their pleading or add parties to July 17, 2017.

Plaintiffs propose an extension of the other dates as follows:

Last Date for motion to amend pleading or add parties: July 17, 2017

Discovery Cut-Off: September 15, 2017

Last date for hearing motions: October 31, 2017

Lodge Pretrial Conference Order & Exhibit Stipulation November 18, 2017

Trial Briefs and other required trial submissions November 18, 2017

Final Pretrial Conference To be determined by Court

Trial To be determined by Court

**III CONCLUSION**

The failure to appear by several Defendants in this action, together with the bankruptcy stays resulting from the bankruptcy petitions of Defendants Velocity Regional Center and Guan, effectively prevented Plaintiffs from conducting full discovery in this matter. Based on recent depositions and document collection efforts, Plaintiffs have now succeeded in confirming that they were the victims of a fraudulent scheme and in identifying other persons with relevant knowledge and document sources. Plaintiffs are diligently pursuing third-party discovery to



WADE & LOWE
A PROFESSIONAL CORPORATION
IRVINE, CALIFORNIA

marshal the relevant evidence and to hold those persons to account for the harm suffered by Plaintiffs. For these reasons, Plaintiffs respectfully request that the Court extend the deadline to amend the complaint or add parties for three months to July 17, 2017, and adopt the other dates proposed herein.

DATED: March 31, 2017

WADE & LOWE
A Professional Corporation

By: /s/Geoffrey T. Hill
GEOFFREY T. HILL
Attorneys for Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin