WADE & LOWE
15615 Alton Parkway
Suite 270
Irvine, California 92618
Telephone: (949) 753-1000
Facsimile: (949) 753-1039
(GEOFFREY T. HILL, STATE BAR NO. # 247138)
Email: hillglaw@gmail.com

REID & WISE LLC
One Penn Plaza, Suite 2015
New York, NY 10119
Telephone: (212) 858-9968
Facsimile: (526) 821-8978
(SHIVONG YE, STATE BAR NO. 4824090)
Email: sye@reidwise.com
(MATTHEW SAVA, ESQ.)
Email: sava@reidwise.com

Attorney for Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Velocity V Limited Partnership, Velocity Regional Center LLC, Jellick Rowland LLC, Yin Nan Wang, a.k.a, Michael Wang, Ning-Lee Ko, Ruhen Chen and Christine Guan,<br><br>　　　　Defendants. | Case No: 2:15-cv-05061-ODW-E<br><br>Assigned to Judge Otis D. Wright, II<br><br>**ORDER RE NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

[PROPOSED] ORDER RE NOTICE OF DISMISSAL - 1

Pursuant to plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin's filed "Notice of Dismissal" (See Docket #81), and good cause appearing therefore, IT IS HEREBY ORDERED that defendants Velocity V Limited Partnership, Velocity Regional Center LLC, Ning-Lee Ko, and Ruhen Chen shall be and hereby are dismissed from above-referenced action in its entirety ,without prejudice. Each party shall bear his or her own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: _November 15, 2017        _____
The Hon. Otis D. Wright, II
Judge, United States District Court,
Central District of California