1  THE LAW OFFICE OF JEFFREY G. JACOBS
   15615 ALTON PARKWAY
2  SUITE 270
   IRVINE, CA 92618
3  TELEPHONE: (949) 280-9612
   FASCIMILE: (949) 450-9368
4  EMAIL: jeff@jgjesq.com
   (JEFFREY G. JACOBS, STATE BAR NO. #205913)
5

6  REID & WISE LLC
   ONE PENN PLAZA
7  SUITE 2015
   NEW YORK, NY 10119
8  TELEPHONE: (212) 858-9968
   FASCIMILE: (526) 821-8978
9  (SHIVONG YE, STATE BAR NO. 4824090)
   EMAIL: sye@reidwise.com
10 (MATTHEW SAVA, ESQ.)
   EMAIL: sava@reidwise.com

11 Attorney for Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang
   Ying, Yu Zhihai, Wang Wei, and Yan Qiujin.
12

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin. | Case No: 2:15-cv-05061-ODW-E |
|---|---|
| Plaintiffs, | Assigned to Judge Otis D. Wright, II |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Velocity V Limited Partnership, Velocity Regional Center LLC, Jellick Rowland LLC, Yin Nan Wang, a.k.a, Michael Wang, Ning-Lee Ko, Ruhen Chen and Christine Guan, | |
| Defendants. | |

NOTICE OF DISMISSAL -1

Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin, by and through their undersigned counsel, and pursuant to Rule 41(a), hereby file this notice of dismissal of the above-entitled action as against defendant Jellick Rowland LLC without prejudice.

DATED: April 30, 2018          THE LAW OFFICE OF JEFFREY G. JACOBS

By: ss//*Jeffrey G. Jacobs*//
JEFFREY G. JACOBS
Attorneys for Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin

### CERTIFICATE OF SERVICE

     I certify that on April 30, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           ss//***JEFFREY G. JACOBS*** //

### CERTIFICATE OF SERVICE

I certify that on April 30, 2018, I electronically filed the above document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

ss//***JEFFREY G. JACOBS*** //

NOTICE OF DISMISSAL -3