JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LIU HONGWEI, LI XIA, LIU SHUANG, XIE YOUSHANG, WANG YING, YU ZHIHAI, WANG WEI, AND YAN QIUJIN,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY V LIMITED PARTNERSHIP, VELOCITY REGIONAL CENTER LLC, JELLICK ROWLAND LLC, YIN NAN WANG, A.K.A. MICHAEL WANG, NING-LEE KO, RUHEN CHEN, AND CHRISTINE GUAN,<br>　　　　　Defendants. | Case No. 2:15-cv-05061-ODW-E<br><br>**JUDGMENT** |

On July 5, 2015, Plaintiffs Liu Hongwei, Li Xia, Liu Shuang, Xie Youshang, Wang Ying, Yu Zhihai, Wang Wei, and Yan Qiujin ("Plaintiffs") filed this action against Defendants Velocity V Limited Partnership ("VLP"), Velocity Regional Center LLC ("VRC"), Jellick Rowland LLC ("Jellick"), Yin Nan Wang, a.k.a. Michael Wang ("Wang"), Ning-Lee Ko, Ruhen Chen, and Christine Guan (collectively, "Defendants")

for securities fraud and negligent misrepresentation.[1]  (ECF No. 1.)   On January 4, 2017, Plaintiffs served the Complaint on Wang.  (ECF No. 27.)  After Wang failed to respond to the Complaint, the Clerk entered default against Wang on February 18, 2016.  (ECF. No 42.)  On May 1, 2018, Plaintiffs filed their third Motion for Default Judgment against Wang.[2]  (ECF No. 108.)   The Court granted the Plaintiffs' Motion on July 10, 2018.  (ECF No. 115.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the Plaintiffs shall recover from Wang the following:

1. Compensatory damages in the sum of $500,000.00 per each Plaintiff, for a total principal award of $4,000,000.00;
2. Prejudgment interest of seven percent interest per annum on the principal amount of $4,000,000.00 from September 26, 2012, through the date of this judgment; and
3. Post-judgment interest on both the principal compensatory award of $4,000,000.00 and prejudgment interest at the rate established in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

July 11, 2018

_____
                    **OTIS D. WRIGHT, II**
              **UNITED STATES DISTRICT JUDGE**

---

[1] On November 12, 2017, Plaintiffs dismissed Defendants VLP, VRC, Ning-Lee Ko, and Ruhen Chen without prejudice from this lawsuit.  (ECF Nos. 68, 92.)  Defendants Guan and Jellick were also dismissed on November 15, 2017 and April 30, 2018, respectively.  (ECF Nos. 93, 107.)

[2] The Plaintiffs first motion for default judgment was denied because named Plaintiffs Li Xia and Yan Qiujin were not real parties in interest, but have since been ratified.  (ECF No. 94.)  The Plaintiffs second motion for default judgment was also denied because Plaintiffs only moved for default judgment on two of their four claims.  (ECF No. 103.)